UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No: 1:20-cv-3716-KLM

**DEBORAH LAUFER,**

Plaintiff,

v.

**HAYOUNG CHOI, LLC.,**

Defendant(s).

---

**PLAINTIFF'S STATUS REPORT**

---

In accordance with this Court's order [D.E. 12], the Plaintiff submits the following status report.

1. This is an action brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.* ("ADA") in which the Plaintiff is requesting the Defendants be ordered to bring its hotel website and the third party booking sites it utilizes, for example, expedia.com, into compliance with the requirements of 28 C.F.R. Section 36.302(e)(1). That section, which is cited in full, in the complaint [D.E. 1, ¶ 7] imposes standards for reservation systems maintained or utilized by places of lodging.

2. The Plaintiff was duly served with process [D.E. 8], did not respond within the

time allowed and a motion for entry of default is now pending [D.E. 13].

       3. Assuming the Clerk enters a response and nothing is heard from the Defendant, the Plaintiff intends moving for entry of default judgment ans asks to be allowed twenty (20) days from which a default is entered within which to do so.

       **I HEREBY CERTIFY** that, on March 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ *Philip Michael Cullen, III.*
**PHILIP MICHAEL CULLEN, III**
**Attorney at law – Chartered**
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com.com